No. 70–237. BEAUFORT TRANSFER CO. ET AL. *v.* UNITED STATES ET AL. Appeal from D. C. E. D. Mo. dismissed for failure to docket case within time prescribed by Rule 13 of the Rules of this Court. *Shapiro* v. *Doe,* 396 U. S. 488.

No. 70–146. SOUTHERN GOVERNORS' CONFERENCE ET AL. *v.* UNITED STATES ET AL.; and

No. 70–147. ABERDEEN & ROCKFISH RAILROAD CO. ET AL. *v.* UNITED STATES ET AL. Appeals from D. C. E. D. La. Judgment vacated and cases remanded with directions to dismiss proceedings as moot insofar as they involve formulation of terms of remand to the Interstate Commerce Commission.

No. 70–184. POPE ET AL. *v.* HAIMOWITZ ET AL. Appeal from D. C. M. D. Fla. Judgment vacated and case remanded with directions to dismiss proceedings as moot.

No. 70–114. HICKS, DISTRICT ATTORNEY OF ORANGE COUNTY, CALIFORNIA *v.* GROVE PRESS, INC. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for reconsideration in light of *Perez* v. *Ledesma,* 401 U. S. 82. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this case.

No. 70–122. BURGIN *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari granted and judgment reversed. *Redrup* v. *New York,* 386 U. S. 767. THE CHIEF JUSTICE and MR. JUSTICE BLACKMUN dissent.